82,147-01

Please. Let me know what easl you need please. And ^(send) me my copy of this back please

Bobby Buck
#1928809

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 09 2015

Abel Acosta, Clerk

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS   FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

FILED FOR RECORD
AT: _____ O'Clock ____ M

NOV 6 2014

PATTI FLORES, Clerk Dist.
County & County Courts at Law
Wichita County, Texas
By: _____ Deput.

WR-82,147-01

Abel Acosta, Clerk

11/5/2014
BUCK, BOBBY
This is to advise that the Court has denied without written order the application for writ of habeas corpus.

Tr. Ct. No. 53482-A*1

DISTRICT CLERK WICHITA COUNTY
DORSEY R. TRAPP
P.O. BOX 718
WICHITA FALLS, TX  76307
* DELIVERED VIA E-MAIL *